In the Matter of the Suspension of the STATE BANK OF WAUBAY, a Corporation, Waubay, South Dakota, Respondent, v. C. C. BUSH, Appellant.

(225 N. W. 307.)

(File No. 6434. Opinion filed May 7, 1929.)

L. H. *Woodworth,* of Webster, and *Howard Babcock,* of Sisseton, for Appellant.

*Waddel & Dougherty,* of Webster, for Respondent.

PER CURIAM. Appellant objects to reorganization of respondent bank on the same grounds relied on by appellants in Farmers' & Merchants' Bank v. Tomlinson (S. D.) 225 N. W. 305, and Smith v. Texley (S. D.) 225 N. W. 307, and appeals from an order authorizing reinstatement of the reorganized bank as a solvent bank.

The claim of appellant accrued after chapter 104, Laws of 1925, went into effect.

The order appealed from is affirmed.